**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 36 EAL 2017
                                           :
            Respondent   :
                                           :   Petition for Allowance of Appeal from
                                         :   the Order of the Superior Court
            v.                     :
                                           :
                                         :
INDIA SPELLMAN,                     :
                                         :
            Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.